## VINCENT *v.* THE STATE.

HILL, J. 1. Where the State offers direct and circumstantial evidence that the defendant committed the crime, and where one of the contentions of the defendant is that another person committed the crime, and he offers circumstantial evidence tending to support such contention, it is not error to omit to charge on the rule respecting circumstantial evidence.

2. The evidence supports the verdict.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

MARCH 13, 1917.

Indictment for murder. Before Judge Brand. Oconee superior court. September 9, 1916.

*Wolver M. Smith, Thomas & Thomas,* and *R. R. Burger,* for plaintiff in error. *Clifford Walker, attorney-general, John B. Gamble, solicitor-general,* and *Mark Bolding,* contra.

---

## MALLORY *v.* THE STATE.

ATKINSON, J. The evidence as to venue and upon all other issues involved in the case was sufficient to support the verdict. The exception to the omission to charge as complained of was without merit.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

MARCH 13, 1917.

Indictment for murder. Before Judge Park. Greene superior court. October 9, 1916.

*Noel P. Park,* for plaintiff in error.

*Clifford Walker, attorney-general, Doyle Campbell, solicitor-general,* and *M. C. Bennet,* contra.